Andrew F. Dixon, Esq.
Nevada Bar No.8422
Travis K. Twitchell, Esq.
Nevada Bar No.8296
Jared R. Richards, Esq.
Nevada Bar No.11254
BOWLER DIXON & TWITCHELL LLP
3137 E. Warm Springs Rd., Suite 100
Las Vegas, Nevada 89120
Telephone: (702) 436-4333
Facsimile: (702) 260-8983
andrew@bdtlawyers.com
travis@bdtlawyers.com
jrichards@bdtlawyers.com
*Attorneys for Defendants/Counterclaimants*
*Bernard Rosenson and Cynthia Rosenson*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREYSTONE BANK, a North Carolina chartered bank, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD ROSENSON, an individual; CYNTHIA ROSENSON, an individual; DOE INDIVIDUALS I through X; and ROE CORPORATIONS I through X, <br><br> Defendants. | Case No. 2:11-cv-00838-PMP-CWH <br><br> **MOTION TO WITHDRAW PENDING "MOTION TO STAY PENDING OUTCOME OF B.R. SUMMERLIN, LLC'S BANKRUPTCY PLAN CONFIRMATION HEARING" [DOCKET # 18]** <br><br> **AND** <br><br> **REQUEST TO VACATE ASSOCIATED HEARING** |
| BERNARD ROSENSON, an individual, and CYNTHIA ROSENSON, individual, <br><br> Counterclaimants, <br><br> v. <br><br> GREYSTONE BANK, a North Carolina chartered bank, <br><br> Counter-defendant. | **EMERGENCY RELIEF REQUESTED** |

Defendants/Counterclaimants BERNARD ROSENSON and CYNTHIA ROSENSON (collectively, the "Rosensons"), by and through their counsel at BOWLER DIXON & TWITCHELL LLP, hereby respectfully move to withdraw their pending Motion to Stay Pending Outcome of B.R. Summerlin, LLC's Bankruptcy Plan Confirmation Hearing [Docket # 18] and request that the Court vacate the associated hearing scheduled for August 29, 2011.

DATED this 17th day of August 2011.

**BOWLER DIXON & TWITCHELL LLP**

   /s/ Jared R. Richards
ANDREW F. DIXON, ESQ.
Nevada Bar No. 8422
TRAVIS K. TWITCHELL, ESQ.
Nevada Bar No. 8296
JARED R. RICHARDS, ESQ.
Nevada Bar No. 11254
3137 E. Warm Springs Rd., Suite 100
Las Vegas, Nevada  89120
Telephone:  (702) 436-4333
Facsimile:  (702) 260-8983
andrew@bdtlawyers.com
travis@bdtlawyers.com
jrichards@bdtlawyers.com
*Attorneys for Defendants/Counterclaimants*
*Bernard Rosenson and Cynthia Rosenson*

IT IS SO ORDERED.

_____

PHILIP M PRO
UNITED STATES DISTRICT JUDGE

Dated:  August 18, 2011.

- 2 -

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I electronically filed the foregoing **MOTION TO WITHDRAW PENDING MOTION TO STAY PENDING OUTCOME OF B.R. SUMMERLIN, LLC'S BANKRUPTCY PLAN CONFIRMATION HEARING [DOCKET # 18] AND REQUEST TO VACATE ASSOCIATED HEARING** using the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

DATED this 17th day of August, 2011.

/s/ Celeste A. Guinn
An employee of Bowler Dixon & Twitchell LLP